FILED

07/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0317

No. DA 19-0317

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

KRISTOFER BUTLER,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 8, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 8 2020